

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 08 2017
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 3:17cr11 HTW-FKB

GREGORY WAYNE HAYGOOD a/k/a Big,
IRVIN CHRISTOPHER WALKER, III.,
LUSCIOUS LATRICE NEAL
a/k/a Luscious Neal Harris,
DONTE L. EVANS a/k/a Tate,
MONYET JOHNSON,
CEDRIC T. COLLUM,
EDDIE LEE HUNT, and
SONYA V. HUNT

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 856(a)(1)

**The Grand Jury charges:**

## COUNT 1

Beginning at a date unknown but as early as July 2015, and continuing through the date of the indictment, in Hinds County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendants, **GREGORY WAYNE HAYGOOD** a/k/a Big, **IRVIN CHRISTOPHER WALKER, III., LUSCIOUS LATRICE NEAL** a/k/a Luscious Neal Harris, and **DONTE L. EVANS** a/k/a Tate, knowingly and willfully did conspire with each other and others known and unknown to the Grand Jury, to knowingly and intentionally distribute cocaine hydrochloride, a Schedule II controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code.

All in violation of Section 846, United States Code.

**QUANTITY OF COCAINE HYDROCHLORIDE INVOLVED IN THE CONSPIRACY**

With respect to **GREGORY WAYNE HAYGOOD** a/k/a Big, the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators

reasonably foreseeable to him, is 500 grams or more of cocaine hydrochloride, in violation of Title 21, United States Code, Section 841(b)(1)(B).

With respect to **IRVIN CHRISTOPHER WALKER, III.**, the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is 500 grams or more of cocaine hydrochloride, in violation of Title 21, United States Code, Section 841(b)(1)(B).

With respect to **LUSCIOUS LATRICE NEAL a/k/a Luscious Neal Harris**, the amount involved in the conspiracy attributable to her as a result of her conduct, and the conduct of other conspirators reasonably foreseeable to her, is 500 grams or more of cocaine hydrochloride, in violation of Title 21, United States Code, Section 841(b)(1)(B).

With respect to **DONTE L. EVANS a/k/a Tate**, the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is 500 grams or more of cocaine hydrochloride, in violation of Title 21, United States Code, Section 841(b)(1)(B).

## COUNT 2

On or about September 25, 2015, in Hinds and Harrison Counties, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendants, **GREGORY WAYNE HAYGOOD a/k/a Big, IRVIN CHRISTOPHER WALKER, III., LUSCIOUS LATRICE NEAL a/k/a Luscious Neal Harris, and DONTE L. EVANS a/k/a Tate**, aided and abetted others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a 500 grams or more of cocaine hydrochloride, a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, and Section 2, Title 18, United States Code.

COUNT 3

On or about September 25, 2015, in Hinds County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendants, **MONYET DAVELL JOHNSON and CEDRIC T. COLLUM,** aided and abetted others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a quantity of cocaine hydrochloride, a Schedule II controlled substance, in violation of Section 841(a)(1), Title 21, and Section 2, Title 18, United States Code.

COUNT 4

Beginning at a date unknown but as early as September, 2015, continuing through on or about October 3, 2015, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **GREGORY WAYNE HAYGOOD a/k/a Big,** did unlawfully and knowingly open, lease, rent use, or maintain a place, whether permanently or temporarily at 4617 Village Drive, Jackson, Mississippi for the purpose of manufacturing, distributing, or using a mixture and substance containing marijuana, a Schedule I controlled substance in violation of Title 21, United States Code, Section 856(a)(1).

COUNT 5

On or about October 3, 2015, in Hinds and Holmes Counties, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendants, **GREGORY WAYNE HAYGOOD a/k/a Big, EDDIE LEE HUNT, and SONYA V. HUNT,** aided and abetted others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I controlled substance, in violation of Section 841(a)(1), Title 21, and Section 2, Title 18, United States Code.

## NOTICE OF FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendants, GREGORY WAYNE HAYGOOD a/k/a Big, IRVIN CHRISTOPHER WALKER, III., LUSCIOUS LATRICE NEAL a/k/a Luscious Neal Harris, DONTE L. EVANS a/k/a Tate, MONYET DAVELL JOHNSON, CEDRIC T. COLLUM, EDDIE LEE HUNT, and SONYA V. HUNT, shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

Further, if any property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the Court; d) has been substantially diminished in value; or e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of said defendant up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 853, Title 21, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 8th day of February, 2017.

UNITED STATES MAGISTRATE JUDGE